B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of North Carolina

In re Viola Legrand Page; aka Viola Page; aka Viola Legrand,   Case No. 18-00771-5-JNC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Tiki Series IV Trust                   MTGLQ Investors, L.P.

      Name of Transferee                             Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 2-2
should be sent:                                 Amount of Claim: $38,856.76
  c/o SN Servicing Corporation                Date Claim Filed: 07/27/2018
  323 Fifth Street
  Eureka, CA 95501

Phone: 800.603.0836                             Phone:
Last Four Digits of Acct #: 9108                Last Four Digits of Acct. #: 4336

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                      Date: 12/14/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.